

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2024

No. 04-24-00241-CV

Elizabeth **LEAL** and All Other Occupants,
Appellant

v.

**SCG LASSES TOWNHOMES, LLC** Successor-in-Interest to Lasses 44, LLC, d/b/a The
Townes,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2024CV02045
Honorable Cesar Garcia, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK
OF JURISDICTION. We order that no costs of appeal be assessed against appellant because she
qualifies as indigent under Texas Rule of Appellate Procedure 20.

It is so **ORDERED** on June 5, 2024.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 5th day of June, 2024.

_____
Luz Estrada, Chief Deputy Clerk